IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-310-GCM

| | |
|---|---|
| CAROLINA INTERNET, LTD, ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| TW TELECOM HOLDINGS INC., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Calvin TerBeek** to appear *Pro Hac Vice*, dated June 24, 2011 [doc. # 11].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. TerBeek has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 29, 2011

Graham C. Mullen
United States District Judge