# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## No. 3:11-CV-00310

| | |
|---|---|
| CAROLINA INTERNET, LTD, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| TW TELECOM HOLDINGS, INC, | ) |
| Defendant, | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion to Stay the Court's Transfer Order [D.I. 24] and Defendant's Response [D. I. 26]. On June 24, 2011, Defendant filed a Motion to Transfer Venue [D.I. 5]. This Court granted Defendant's Motion on July 25, 2011, after consideration of the Defendant's Motion, the Plaintiff's Response [D.I. 17], and the Defendant's Reply [D.I. 20]. It is this Court's practice to hold a case file for ten days after issuing an Order to Transfer before transferring a case to its new venue. The Court sees no reason why, after full briefing and a decision on the issue, the Transfer Order [D.I. 21] should be stayed. Therefore, the Plaintiff's Motion to stay is **DENIED**. Should Plaintiff wish to file a motion for reconsideration, it must be done within ten days of the Transfer Order. The deadline is August 4, 2011 at 12:00 p.m. If a motion for reconsideration is filed, the Court will retain the case until any pending motion for reconsideration is decided.

For the foregoing reasons, Plaintiff's Motion to Stay is **DENIED**. Further, the Transfer Order is **AMENDED** to correct a typographical error and transfer this case to the District of Colorado, not the Western District of Colorado.

**SO ORDERED**.

Signed: August 1, 2011

Graham C. Mullen
United States District Judge