# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## No. 3:11-CV-00310

| | |
|---|---|
| CAROLINA INTERNET, LTD, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| TW TELECOM HOLDINGS, INC, | ) |
| Defendant, | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion to Refer Case to Bankruptcy Court for the Western District of North Carolina (D.I. 37).

On July 25, 2011, this Court issued a written Order setting forth its decision to transfer this matter to the District of Colorado. (D.I. 21). On September 26, 2011, this Court Denied Plaintiff's Motion for Reconsideration of the Court's July 25 Order (D.I. 35). Plaintiff did not file its Notice of Filing of Bankruptcy until September 27, 2011 (D.I. 36). Thus, this Court, having already ruled that venue for the present matter is proper in the District of Colorado, declines Plaintiff's request to refer the case to the Bankruptcy Court for the Western District of North Carolina.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Refer Case to Bankruptcy Court for the Western District of North Carolina (D.I. 37) is hereby **DENIED**.

**SO ORDERED**.

Signed: November 2, 2011

Graham C. Mullen
United States District Judge